UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK: WHITE PLAINS
-----------------------------------------------------------------X
KEVIN WILLIAMS,

        Plaintiff,

- Against –                          Docket: 20-CV-9601
                                                           Filed: 11/18/20

GRENADIER REALTY CORP.,

                                                   **STIPULATION DISCONTINUING**
                                                   **ACTION WITHOUT PREJUDICE**

        Defendant.
-----------------------------------------------------------------X

        **PLAINTIFF KEVIN WILLIAMS**, by and through his counsel, Thomas D. Shanahan, P.C., does hereby withdraw the above referenced action without prejudice to refile in the appropriate venue and respectfully request this Court so-order this Stipulation. Q      1`

Dated: New York, New York
         November 20, 2020

                                                    By:  TDS

SO ORDERED.                          _____
                                                  Thomas D. Shanahan, Esq. (TS-3330)
*Cathy Seibel*                       Thomas D. Shanahan, P.C.
_____                535 Fifth Avenue, 25th Floor
CATHY SEIBEL, U.S.D.J.            New York, New York 10017
                                                  Phone (212) 867-1100, x11
                                                  tom@shanahanlaw.com

11/22/20